Debra L. RETHABER, Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 2006–3311.

United States Court of Appeals,
Federal Circuit.

Sept. 7, 2006.

*ORDER*

The court has received and filed the petitioner's statement concerning discrimination.

Accordingly,

IT IS ORDERED THAT:

(1) The order of dismissal issued August 29, 2006, is vacated, the mandate recalled, and the petition for review is reinstated.

(2) Petitioner should compute the due date for filing its brief 60 days from the date of this order.

FIRST ACT, INC., Plaintiff–Appellee,

v.

KANSAS INTERNATIONAL LTD.,
Defendant–Appellant.

No. 2006–1505.

United States Court of Appeals,
Federal Circuit.

Sept. 7, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).